**Electronically Filed
Supreme Court
SCWC-20-0000704
07-SEP-2021
08:21 AM
Dkt. 5 ODAC**

SCWC-20-0000704

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BC1, PASS THROUGH CERTIFICATES, SERIES 2007-BC1,
Respondent/Plaintiff-Appellee,

vs.

DAVID AUREO SALVADOR CORDERO; MARY TAN LLANOS CORDERO,
Petitioners/Defendants-Appellants,

and

WAIALAE GOLF COURSE COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000704; CIV. NO. 1CC141002257)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/defendants-appellants David Aureo Salvador Cordero and Mary Tan Llanos Cordero's application for writ of certiorari, filed on July 30, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 7, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

